# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MALINDA TAYLOR**                                                    PLAINTIFF

v.                         No. 4:24-cv-897-DPM

**STATE FARM GENERAL INSURANCE
COMPANY**                                                             DEFENDANT

## ORDER

Verified damages stipulation, *Doc. 7*, noted and incorporated. Taylor has two-blocked her potential recovery from all sources in this case at less than the jurisdictional amount. 28 U.S.C. § 1332(a); *Mensah v. Owners Insurance Co.*, 951 F.3d 941, 943 (8th Cir. 2020). This case is therefore remanded to the Circuit Court of Pulaski County, Arkansas. 28 U.S.C. § 1447.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 November 2024